**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| DONNA DILLON,<br><br>Plaintiff,<br><br>*v.*<br><br>KNOX COUNTY, TENNESSEE, et. al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3-26-cv-300 |

# NOTICE OF SETTLEMENT

Come now the defendants, Knox County, Tennessee; Spangler, in his respective official and individual capacities; and Bevins, Stainback, and Hamlin in their respective individual capacities and give notice that the parties have resolved the above-styled matter.

The defendants anticipate finalizing the settlement and filing a stipulation of dismissal within the next 2 weeks.

Respectfully submitted this 3rd day of November 2026.

/s/David M. Sanders
David M. Sanders, BPR # 016885
Senior Deputy Law Director

*Counsel for Knox County, Tennessee and Spangler in his official capacity*

/s/Federico A. Flores
Federico A. Flores, BPR # 029806
Deputy Law Director

*Counsel for Spangler, Bevins, Stainback, and Hamlin in their individual capacities*

Knox County Law Director's Office
400 Main Street, Suite 612
Knoxville, TN 37902
(865) 215-2327
david.sanders@knoxcounty.org
federico.flores@knoxcounty.org

**CERTIFICATE OF SERVICE**

I hereby certify that on the date above written, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

/s/Federico A. Flores
Federico A. Flores (BPR # 029806)