FILED

NOV 05 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| Donna Dillon<br><br>Plaintiff<br><br>v.<br><br>Knox County, Tennessee, et al<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:26-cv-00300 |

## REPORT OF THE MEDIATOR

Local Rule 16.4(m) requires that mediators file this report within five (5) days of each mediation conference. Please answer the questions set out below and file this form electronically in CM/ECF using the Report of Mediation event (located under "ADR Documents"). If you are not a CM/ECF user, please file the form in the Clerk's Office in the division in which the case is pending. If multiple mediation conferences[1] occur, file a form after each conference within five (5) days of the conference

1. Did all parties, party representatives, and/or claims professionals meet the attendance authority to negotiated requirements of L.R. 16.4(l)?

   Yes [X] No [ ]

2. Did the case settle?

   Yes [X] No [ ]

3. Is mediation to be conducted at a later date?

   Yes [ ] No [X]

4. Was mediation terminated without settlement?

   Yes [ ] No [X]

Shawn S. Lee
Signature of Certified Mediator

Date: 11/2/26

1 A mediation conference which continues over multiple days is considered one conference for purposes of this reporting requirement. Send separate reports only when the conference is recessed for a week or more.