BROCK · SHIPE · KLENK
265 BROOKVIEW CENTRE WAY, SUITE 604
KNOXVILLE, TENNESSEE 37919

RECEIVED

NOV 05 2026

INSPECTED

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 37919
02 7H
0001247987

$ 000.78⁰

NOV 02 2026

US District Court
Eastern District of Tn
800 Market Street
Knoxville, Tn 37902

Attn: Mediator Report

37902$2356