**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| DONNA DILLON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| *v.* | ) | No. 3-26-cv-300 |
| | ) | |
| KNOX COUNTY, TENNESSEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Comes now the plaintiff, Donna Dillon and the defendants Knox County, Tennessee; Spangler in his official and individual capacities; and Bevins, Stainback, and Hamlin in their respective individual capacities, by and through respective undersigned counsel, and hereby advise this Honorable Court that all claims asserted by the plaintiff against these defendants have been settled and compromised.

The parties jointly stipulate to the dismissal of all of the plaintiff's claims asserted in this cause of action, on the merits and with prejudice.

Respectfully submitted this 18th day of November 2026.

/s/David M. Sanders
David M. Sanders, BPR #016885
Senior Deputy Law Director
Knox County

*Counsel for Knox County, Tennessee and Spangler in his official capacity*

/s/ Federico A. Flores
Federico A. Flores, BPR # 029806
Deputy Law Director
Knox County

*Counsel for Spangler, Bevins, Stainback, and Hamlin in their individual capacities*

Knox County Law Director's Office
400 Main Street, Suite 612
Knoxville, TN 37902
(865) 215-2327
david.sanders@knoxcounty.org
federico.flores@knoxcounty.org

/s/ Troy B. Jones
Troy B. Jones, BPR #033064
Jones Law Firm

*Counsel for Donna Dillon*

PO Box 2308
Knoxville, TN 37902
(865) 456-5901
troy@troybjones.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date above written, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

/s/Federico A. Flores
Federico A. Flores, BPR # 029806